UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KERRY CHRISTINE JOHNSTON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case 3:22-cv-286 |
| | § | |
| **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST,** | § § § § | |
| | § | |
| Defendant. | § | |

## ORDER ON US BANK'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

On this day came on for consideration US Bank's motion for substitution of counsel. The motion is GRANTED and it is ORDERED Mark D. Cronenwett of Mackie, Wolf, Zientz & Mann PC is withdrawn and C. Charles Townsend and Alfredo Ramos of Akerman LLP are substituted as US Bank's counsel of record. Copies of all documents to be filed or served in this action should be served on US Bank's attorney in charge as follows:

> C. Charles Townsend
> SBN: 24028053, FBN: 1018722
> *Attorney in charge*
> AKERMAN LLP
> 2001 Ross Avenue, Suite 3600
> Dallas, Texas 75201
> Telephone: 214.720.4300
> Facsimile: 214.981.9339
> charles.townsend@akerman.com

SIGNED _____, 2022.

_____
Hon. Jeffrey V. Brown
United States District Judge