# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **KERRY CHRISTINE JOHNSTON,** | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § § | Case 3:22-cv-286 |
| **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST,** | | |
| Defendant. | | |

## DISMISSAL STIPULATION WITH PREJUDICE

Kerry Christine Johnston and U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust (**U.S. Bank**) stipulate to the dismissal of Ms. Johnston's claims against U.S. Bank with prejudice. R. 41.(a)(1)(A)(ii). This stipulation disposes of all claims against all parties in this litigation and all court costs should be borne by the party incurring the same. This stipulation further resolves the litigation referenced by the lis pendens recorded at 2022040563 (**state court lis pendens**) and the lis pendens recorded at 2022053434 (**federal court lis pendens**) in Galveston County, Texas deed records.

Date: April 10, 2023                                       Respectfully submitted,

*/s/ Sheroo Bhagia*
Sheroo Bhagia
Bhagia Law Firm
2622 Carlow Drive
Austin, TX 77450
Telephone:   415.602.5824
Facsimile:    866.306.1477
sbhagia@bhagialawfirm.com

**ATTORNEY FOR KERRY JOHNSTON**

1

-and-

*/s/ Melanie Morgan*
Melanie Morgan, SBN: 24039096
*Attorney-in-Charge*
R. Martin Dungan, SBN: 24099021
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas  75201
Telephone:   214.720.4300
Facsimile:    214.981.9339
melanie.morgan@akerman.com
martin.dungan@akerman.com

**ATTORNEYS FOR US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on April 10, 2023 as follows:

**VIA CM/ECF**
Sheroo Bhagia
Bhagia Law Firm
2622 Carlow Drive
Austin, Texas   78745
sbhagia@bhagialawfirm.com
*Plaintiff's Counsel*

 */s/ Melanie Morgan*
Melanie Morgan

2