UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KERRY CHRISTINE JOHNSTON, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-286 |
| US BANK TRUST NATIONAL ASSOCIATION, | § § § § | |
| Defendant. | § | |

## STIPULATED DISMISSAL

On April 10, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 21.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 19th day of October, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE